## Commonwealth *v.* Elam, Appellant.

Argued September 18, 1973. *Stuart Schuman*, Assistant Defender, with him *John W. Packel*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *James T. Ranney*, Assistant District Attorney, with him *Milton M. Stein*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided, the judgment of sentence is affirmed.

SPAULDING, J., absent.